# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hammond, Mary E. | 2. Court or Organization<br><br>US BANKRUPTCY COURT - NORTHERN DISTRICT OF CALIFORNIA | 3. Date of Report<br><br>06/05/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>BANKRUPTCY JUDGE (FULL-TIME) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>280 S. FIRST ST<br>COURTROOM 3035<br>SAN JOSE, CA 95113 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 06/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | SALARY AT APPLE, INC |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | 04/16/2014 - 04/08/2014 | KANSAS CITY, MO | ACTIVITY OF PROFESSIONAL ASSOCIATION OR CIVIC ORGANIZATION | TRANSPORTATION, LODGING, AND MEALS |
| 2. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | 10/07/2014 - 10/11/2014 | CHICAGO, IL | EDUCATIONAL SEMINAR | TRANSPORTATION, LODGING, AND MEALS |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 06/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 06/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO CHECKING ACCOUNT | A | Interest | K | T | | | | | |
| 2. WELLS FARGO SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 3. AAPL (COMMON) | D | Dividend | O | T | Sold (part) | 01/30/14 | K | D | |
| 4. AAPL (COMMON) | | | | | Sold (part) | 02/11/14 | L | E | |
| 5. AAPL (COMMON) | | | | | Sold (part) | 04/28/14 | L | E | |
| 6. AAPL (COMMON) | | | | | Sold (part) | 05/19/14 | K | D | |
| 7. AAPL (COMMON) | | | | | Sold (part) | 08/12/14 | L | E | |
| 8. AAPL (COMMON) | | | | | Sold (part) | 11/17/14 | L | E | |
| 9. 401K #1 | E | Dividend | O | T | | | | | |
| 10. - VANGUARD WINDSOR II ADM | | | | | | | | | |
| 11. - VANGUARD INSTITUTIONAL INDEX INSTL PL | | | | | Closed | 01/15/14 | L | | |
| 12. - FIDELITY CONTRAFUND | | | | | | | | | |
| 13. - NUVEEN NWQ SMALL CAP VALUE I | | | | | | | | | |
| 14. - VANGUARD EXTENDED MARKET INDEX INSTL PL | | | | | | | | | |
| 15. - WELLS FARGO ADVANTAGE DISCOVERY INSTL | | | | | | | | | |
| 16. - VANGUARD TOTAL INTERNATIONAL STOCK INDEX INSTITUTIONAL | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 06/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. - DODGE & COX INTERNATIONAL STOCK | | | | | | | | | |
| 18. -VOYA CLARION GLOBAL REAL ESTATE formerly known as ING CLARION GLOBAL | | | | | | | | | |
| 19. - VANGUARD EMPLOYEE BENEFIT INDEX CLIENT A | | | | | Open | 01/15/14 | L | | |
| 20. IRA #1 | C | Dividend | K | T | | | | | |
| 21. - FIDELITY CASH RESERVES | | | | | | | | | |
| 22. - COLUMBIA ACORN CLASS Z | | | | | | | | | |
| 23. - FIDELITY CANADA | | | | | | | | | |
| 24. - MERIDIAN CONTRARIAN FUND | | | | | | | | | |
| 25. - MATTHEWS INDIA FUND | | | | | | | | | |
| 26. IRA #2 | B | Dividend | L | T | | | | | |
| 27. - FIDELITY CASH RESERVES | | | | | | | | | |
| 28. - CLIPPER | | | | | | | | | |
| 29. - FIDELITY REAL ESTATE INVESTMENT | | | | | | | | | |
| 30. - RBC MICROCAP VALUE FUND CLASS S | | | | | | | | | |
| 31. IRA #3 | D | Dividend | L | T | | | | | |
| 32. - FIDELITY CASH RESERVES | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 06/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33.  - FIDELITY STOCK SELECTOR LARGE CAP VALUE | | | | | | | | | |
| 34.  - FIDELITY MID CAP VALUE | | | | | | | | | |
| 35.  - FIDELITY MAGELLAN | | | | | | | | | |
| 36.  - FIDELITY LOW PRICED STOCK | | | | | | | | | |
| 37.  - PERKINS SMALL CAP VALUE CLASS T | | | | | | | | | |
| 38.  IRA #4 | E | Dividend | N | T | | | | | |
| 39.  - FIDELITY CASH RESERVES | | | | | | | | | |
| 40.  - DODGE & COX STOCK | | | | | | | | | |
| 41.  - DREYFUS SMALL CAP STOCK INDEX | | | | | | | | | |
| 42.  - FIDELITY DIVERSIFIED INTERNATIONAL | | | | | | | | | |
| 43.  - FIDELITY MID CAP STOCK | | | | | | | | | |
| 44.  - FIDELITY VALUE | | | | | | | | | |
| 45.  - MERIDIAN CONTRARIAN FUND | | | | | | | | | |
| 46.  - FIDELITY CONTRAFUND | | | | | | | | | |
| 47.  - FIDELITY STRATEGIC DIVIDEND & INCOME | | | | | | | | | |
| 48.  - FIDELITY STRATEGIC INCOME | | | | | | | | | |
| 49.  IRA #5 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 06/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50.  - FIDELITY CASH RESERVES | | | | | | | | | |
| 51.  - FIDELITY DIVERSIFIED INTERNATIONAL | | | | | | | | | |
| 52.  IRA #6 | A | Dividend | K | T | | | | | |
| 53.  - NOVO NORDISK A/S ADR FKA NOVO INDUSTRIES | | | | | | | | | |
| 54.  - FIDELITY CASH RESERVES | | | | | | | | | |
| 55.  NEW YORK LIFE VARIABLE UNIVERSAL LIFE #1 | A | Int./Div. | | | Closed | 07/01/14 | K | | |
| 56.  - MAINSTAY VP JANUS BALANCED PORTFOLIO - INITIAL CLASS | | | | | | | | | |
| 57.  - MAINSTAY VP S&P 500 INDEX | | | | | | | | | |
| 58.  - FIDELITY VIP CONTRAFUND | | | | | | | | | |
| 59.  NEW YORK LIFE MODIFIED PREMIUM WHOLE LIFE INSURANCE #2 | | None | | | Closed | 07/01/14 | J | | |
| 60.  NEW YORK LIFE WHOLE LIFE INSURANCE #3 | | None | J | T | | | | | |
| 61.  NEW YORK LIFE MODIFIED PREMIUM WHOLE LIFE #4 INSURANCE | | None | | | Closed | 07/01/14 | J | | |
| 62.  NEW YORK LIFE WHOLE LIFE INSURANCE #5 | | None | | | Closed | 07/01/14 | J | | |
| 63.  NEW YORK LIFE WHOLE LIFE INSURANCE #6 | | None | | | Closed | 07/01/14 | L | | |
| 64.  NEW YORK LIFE MODIFIED PREMIUM WHOLE LIFE INSURANCE #7 | | None | | | Closed | 07/01/14 | J | | |
| 65.  LINCOLN BENEFIT LIFE INSURANCE - #1 | | None | M | T | Open | 07/01/14 | M | | |
| 66.  LINCOLN BENEFIT LIFE INSURANCE - #2 | | None | K | T | Open | 07/01/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 06/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary E. Hammond**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544